**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

STEVEN MARTELL COLLINS,
*Petitioner-Appellant,*

v.

BERTRAM RICE; ATTORNEY
GENERAL OF THE STATE OF
CALIFORNIA,
*Respondents-Appellees.*

No. 01-56958

D.C. No.
CV-98-09329-TJH
Central District
of California,
Los Angeles

ORDER

On Remand from the United States Supreme Court

Filed July 7, 2006

Before: Cynthia Holcomb Hall, Sidney R. Thomas, and
Richard A. Paez, Circuit Judges.

## ORDER

Pursuant to the opinion of the Supreme Court in *Rice v. Collins*, ___ U.S. ___, 126 S.Ct. 969 (2006), the judgment of the district court is affirmed. The mandate shall issue forthwith.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2006 Thomson/West.